UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EFRAIN TORRES-GONZALEZ (1),<br>MANUEL MARQUEZ-GUTIERREZ(2),<br><br>　　　　Defendant. | Case No. 07cr2818-L<br><br>ORDER |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

1. The government preserve the alleged contraband in this case until inspection and weighing by the defense is complete.

2. That defense counsel and/or their investigators be granted access to the alleged contraband for the purposes of investigation, including inspection, photographing, and re-weighing it at convenient time for all parties.

3. That the government preserve the following evidence during the pendency of this case: (1) the alleged contraband involved in the case, including samples used to conduct tests; (2) the containers or packaging within which the contraband was discovered; (3) the results of any fingerprint analysis; (4) the defendant's personal effects; (5) any audio or videotapes capturing Mr. Marquez-Gutierrez in this matter or the Tahoe; (6) recorded communications made by the government related to the above captioned case,

including communications among/between agents/CHP and sector communications/dispatch; (7) any evidence seized from the defendant or any third party; and, (8) the vehicle seized.

   4.  Further, it is ordered that all government agencies and private contractors having custody of evidence be notified of this preservation order.

   **IT IS SO ORDERED.**

DATED:  November 1, 2007

                _____
                M. James Lorenz
                United States District Court Judge