**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EFRAIN TORRES-GONZALEZ (1),<br>MANUEL MARQUEZ-GUTIERREZ (2),<br><br>　　　　　　　　　　　Defendants. | CASE NO. 07-CR-2818-L<br><br>ORDER |

The Court has reviewed the supplemental documents and proffered testimony of CHP Officer Hendrickson, which was provided by the Government in its Motion for Reconsideration of the Court's June 11, 2008, Order ("Motion"). The Court believes that the Government's request for an amendment to the Court's earlier order is appropriate given the new information. However, since the information provided by the Government was not presented during the evidentiary hearing, Defendant has a right to object and/or request a hearing. Therefore, the Court grants the defense the opportunity to object to the Motion.

The Court will hold an evidentiary hearing should the defense so request. If there is no objection by the defense, however, the Court will accept the new information provided by the Government and will amend the previous order.

**IT IS SO ORDERED.**

DATED:  July 7, 2008

_____
M. James Lorenz
United States District Court Judge

07CR2818-L